IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EL,<br><br>              Plaintiff,<br><br>     v.<br><br>T. SOHAL,<br><br>              Defendant. | No.  2:23-CV-1433-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's motion for leave to take Plaintiff's deposition.  See ECF No. 20.  Defendant's motion will be denied as unnecessary because the Court's discovery and scheduling order issued on December 5, 2023, provides that depositions, including those of incarcerated witnesses, may be taken live or by remote means without prior leave of court.  See ECF No. 19.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for leave to take Plaintiff's deposition, ECF No. 20, is DENIED as unnecessary.

Dated:  July 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1