IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EL,<br><br>           Plaintiff,<br><br>   v.<br><br>T. SOHAL,<br><br>           Defendant. | No. 2:23-CV-1433-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion for summary judgment. See ECF Nos. 22 and 23. Defendant has noticed a hearing before the undersigned on January 8, 2024. Pursuant to Eastern District of California Local Rule 230(l), which governs motions in prisoner cases, the hearing is vacated, and the matter shall stand submitted without oral argument upon the completion of briefing. Plaintiff's opposition is due by December 12, 2024. Defendant's reply is due within 14 days after the date of filing of Plaintiff's opposition.

IT IS SO ORDERED.

Dated: November 25, 2024

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE